IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

**Case Number: 1:20-cv-00085**

| | |
|---|---|
| NATIONWIDE GENERAL INSURANCE COMPANY, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>CIBIRIX, INC.; ASHISH ROY; JAVIER LARA, ALVARO LARA; and CAROLINA CARPORTS, INC., )<br>)<br>Defendants. ) | **STIPULATION OF VOLUNTARY DISMISSAL** |

Plaintiff Nationwide General Insurance Company ("Plaintiff"), by and through undersigned counsel, pursuant to Rule 41(1)(a)(ii) of the Federal Rules of Civil Procedure, with the consent of all parties to this action as evidenced by the signatures of counsel below, hereby dismisses this action against Defendants Cibirix, Inc., Ashish Roy, Javier Lara, Alvaro Lara, and Carolina Carports, Inc. ("Defendants") with prejudice.

Respectfully submitted, this the 8th day of April, 2020.

BAILEY & DIXON, LLP

By: /s/ David S. Wisz
David S. Wisz, N.C. State Bar No. 22789
dwisz@bdixon.com
*Attorneys for Plaintiff*
Post Office Box 1351
Raleigh, North Carolina 27602-1351
Telephone: (919) 828-0731
Facsimile: (919) 828-6592

1

**STIPULATED AND AGREED TO BY:**

| | |
|---|---|
| BELL, DAVIS & PITT, P.A. | SPILMAN, THOMAS & BATTLE, PLLC |
| /s/ Allison B. Parker | /s/ Matthew W. Georgitis |
|    Allison B. Parker, NCSB # 50178 |    Matthew W. Georgitis, NCSB # 32688 |
| 100 North Cherry Street – Suite 600 | 110 Oakwood Drive – Suite 500 |
| Winston-Salem, NC 27120 | Winston-Salem, NC 27103 |
| aparker@belldavispitt.com | mgeorgitis@spilmanlaw.com |
| *Attorneys for Defendant Cibirix, Inc., Ashish Roy, Javier Lara, and Alvaro Lara* | *Attorneys for Defendant Carolina Carports, Inc.* |

## CERTIFICATE OF SERVICE

I hereby certify that on the 8th day of April, 2020 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will automatically send a notice of electronic filing to all persons registered for ECF as of that date.

BAILEY & DIXON, LLP

By: /s/ David S. Wisz
David S. Wisz, N.C. State Bar No. 22789
dwisz@bdixon.com
Attorneys for Plaintiff